IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | STIPULATION OF DISMISSAL |
| Plaintiff, | |
| v. | |
| ER SOLUTIONS, INC., MR. JEFFERSON, PHYLLIS STEVENS, and KEITH DAVIS | Civil Action No. 08-CV-2562 |
| | **Judge Nordberg** |
| Defendants. | **Magistrate Judge Brown** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Lionel Franklin and Defendant ER Solutions, Inc., the only parties to have Appeared, hereby stipulate to the dismissal of all Defendants with prejudice

Dated: September 26, 2008

| | |
|---|---|
| s/ Craig M. Shapiro | s/ Nabil G. Foster |
| Craig M. Shapiro | Nabil G. Foster |
| O. Randolph Bragg | David M. Schultz |
| HORWITZ, HORWITZ & ASSOCIATES, LTD.. | HINSHAW & CULBERTSON LLP |
| 25 East Washington Street Suite 900 | 222 North LaSalle Street, Suite 300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| (312) 372-8822 | (312) 704-3000 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT ER SOLUTIONS, INC. |